# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| BRANDY LAMBERT,<br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>ALLY FINANCIAL, INC.,<br>　　　　　**Defendant.** | )<br>)<br>)<br>)<br>) Case No.: 18-cv-115-RAW<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Ethan G. Ostroff (pro hac vice)* | */s/ Joseph C. Hoeffel* |
| Jerome S. Sepkowitz | Joseph C. Hoeffel, Esq. |
| DerryBerry & Naifeh, LLP | Kimmel & Silverman, P.C. |
| 4800 North Lincoln Boulevard | 30 East Butler Pike |
| Oklahoma City, OK 73105 | Ambler, PA 19002 |
| Telephone:　405-708-6784 | Phone: 215-540-8888 |
| Facsimile:　405-528-6462 | Fax: 877-600-2112 |
| jsepkowitz@derryberrylaw.com | Email: jhoeffel@creditlaw.com |
| | Attorney for Plaintiff |
| Ethan G. Ostroff, Esq. | |
| Troutman Sanders, LLP | Date: November 21, 2018 |
| 222 Central Park Ave, Ste 2000 | |
| Virginia Beach, VA 23462 | |
| 757-687-7541 | |
| Fax: 757-687-7510 | |
| Email: ethan.ostroff@troutman.com | |
| Attorney for the Defendant | |

Date: November 21, 2018

BY THE COURT:

_____
　　　　　　　　　　　　J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 21st day of November, 2018:

Ethan G. Ostroff, Esq.
Troutman Sanders, LLP (Va Bch, VA)
222 Central Park Ave, Ste 2000
Virginia Beach, VA 23462
757-687-7541
Fax: 757-687-7510
Email: ethan.ostroff@troutman.com

Jerome S. Sepkowitz, Esq.
Derryberry & Naifeh
4800 N Lincoln Blvd
Oklahoma City, OK 73105
405-528-6569
Fax: 405-528-6462
Email: jsepkowitz@derryberrylaw.com

*/s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-600-2112
Email: jhoeffel@creditlaw.com
Attorney for the Plaintiff

37059372v1